

FILED

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0305

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 24-0305

FILED

MAY 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

REECE WANDLER,

    Petitioner,

v.

CAPT. JASON KOWALSKI,

    Respondent.

O R D E R

Reece Wandler has filed a Petition for Writ of Habeas Corpus, explaining that he did not receive credit for time served of 88 days in the Second Judicial District Court, Butte-Silver Bow County. He requests that his sentence be re-calculated. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with a sentence calculation or other appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Reece Wandler personally.

DATED this 17th day of May, 2024.

_____
Justice